NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRADLEY C. HOLL,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2010-3098

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090641-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the petitioner's motion for a 30-day extension of time, until July 1, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 9 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jeffrey S. Blanck, Esq.
      Michael P. Goodman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 9 2010**

**JAN HORBALY**
**CLERK**